UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **5:26-cv-02907-HDV-ADS** | Date | June 9, 2026 |
|---|---|---|---|

| Title | ***Sem Roman Morones v. Warden, Adelanto ICE Processing Center et al.*** |
|---|---|

Present: The Honorable    Hernán D. Vera, United States District Judge

| Daniel Torrez | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

Jonathan Aminoff, DFPD    Patrick Kearney, AUSA

**Proceedings:**    **HEARING ON PRELIMINARY INJUNCTION**

The hearing is held. Counsel address the Court. The Court makes findings under *Matthews v. Eldridge*. At 1:47 p.m., the Court orders the Petitioner released forthwith, and Petitioner's property is ordered to be returned to him. The Government shall file a status report within 48 hours regarding release. The parties shall meet and confer regarding judgment.

**IT IS SO ORDERED.**

time __ : 14

---